

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00161-CV

---

IN THE INTEREST OF S.F.-N., A CHILD

---

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 62268-C, Honorable Ana Estevez, Presiding

---

June 6, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jimmy Nunn, Sr., appeals from the trial court's *Order Holding Respondent in Contempt for Failure to Pay Medical Support, Granting Judgment for Arrearages, and Suspending Commitment.* Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant

the motion.  The appeal is dismissed.[1]  Because the motion does not reflect an agreement

of the parties concerning the payment of costs, costs will be taxed against Appellant.  *See*

TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will

issue forthwith.


Per Curiam

---

[1] The appeal is also dismissed because Appellant failed to pay the requisite filing fee.  By letter, we notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs, failure to pay the filing fee by May 13, 2024, would result in dismissal of the appeal.  Appellant has yet to pay the fee or seek leave to proceed without payment of court costs.  *See* TEX. R. APP. P. 20.1, 25.1(b), 42.3(c).